**Sandeep Randhawa SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–70741.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Peter Singh, Esquire, Peter Singh & Associates, P.C., Fresno, CA, for Petitioner.

Glen T. Jaeger, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Sandeep Randhawa Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application under 8 U.S.C. § 1186a(c)(4)(B) for a waiver of the requirement to file a joint petition with his former wife to remove the conditional basis of his lawful permanent resident status. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the denial of the waiver, *Oropeza–Wong v. Gonzales*, 406 F.3d 1135, 1147 (9th Cir.2005), and we deny the petition for review.

Singh failed to provide any documents or third-party testimony proving the bona fides of his marriage. Substantial evidence therefore supports the agency's determination that his marriage was not entered into in good faith. *See id.* at 1148; see also 8 C.F.R. § 216.4(a)(5) (application for waiver shall be accompanied by documentation showing that the marriage was not entered into for the purpose of evading immigration laws).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

